UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                Plaintiff,

   -v-

$37,279 UNITED STATES CURRENCY,          06-MC-00001A
$1,240 CANADIAN CURRENCY, AND
ONE 1999 BMW 740I, VIN: WBAGG8333XDN75370,
TITLED AND REGISTERED TO MEHDI BANIHASHEMI,

                Defendants.

## SECOND ORDER EXTENDING PLAINTIFF'S TIME TO FILE CIVIL FORFEITURE ACTION

Upon review of the Second Stipulation to Extend Plaintiff's Time To File Civil Forfeiture Action that was entered into by the United States of America, by its attorney, Kathy M. Mehltretter, Acting United States Attorney for the Western District of New York, William J. Knapp, Assistant United States Attorney, of counsel, and through claimant Mehdi Banihashemi's attorney, Angelo Mustiano, Esq., it is hereby

**ORDERED**, that the plaintiff's time to file its Verified Complaint for Forfeiture against the above-captioned property is extended for 90 days from March 1, 2006 to

May 30, 2006, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

IT IS SO ORDERED.

/s/ Richard J. Arcara
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: February  23   , 2006